IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KAREN EVANS, JAMES T. EVANS,
individually and as guardians ad litem
for C.E. and J.W.E., minors,

                                        MEMORANDUM

            Plaintiffs,

                                        08-cv-145-bbc

    v.

ROCHESTER MEAT COMPANY,
an Illinois corporation,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On May 21, 2008, I directed plaintiffs to provide this court with information about their citizenship and to confirm that their citizenship is diverse from defendant's. Now plaintiffs have responded to that order by clarifying that they are citizens of Wisconsin and that their jurisdiction is diverse from defendant, which has citizenship in Illinois and

1

Minnesota. Therefore, I am satisfied that diversity jurisdiction exists in this case.

Entered this 28th day of May, 2008.

                       BY THE COURT:

                       /s/
                       _____
                       BARBARA B. CRABB
                       District Judge